UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| MATTHEW SCARLETT, | Civil Nos. 16-2925 (JRT/LIB) |
| Plaintiff, | |
| v. | |
| JONATHAN WHITE, et al, | ORDER ADOPTING REPORT AND RECOMMENDATIONS |
| Defendants. | |

_____

Laura Farley, Joseph Anthony, Randy Gullickson, **ANTHONY OSTLUND BAER & LOUWAGIE PA,** 90 South Seventh Street, Suite 3600, Minneapolis, MN 55402, for plaintiff.

Courtney Ward-Reichard, Douglas Elsass, Lori Johnson, **NILAN JOHNSON LEWIS PA,** 120 South Sixth Street, Suite 400, Minneapolis, MN 55402, for defendants.

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter,

**IT IS HEREBY ORDERED** that Defendants' Motion to Dismiss or Transfer, [Docket No. 9], is **GRANTED in Part, DENIED in Part as Moot**, and the case is **TRANSFERRED** to the Northern District of California

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 14, 2017      s/John R. Tunheim
at Minneapolis, Minnesota      JOHN R. TUNHEIM
                                               Chief Judge
                                               United States District Court