Joseph W. Anthony (admitted *pro hac vice*)
janthony@anthonyostlund.com
Randy G. Gullickson (admitted *pro hac vice*)
rgullickson@anthonyostlund.com
ANTHONY OSTLUND BAER & LOUWAGIE P.A.
90 South 7th Street, Suite 3600
Minneapolis, MN 55402
Telephone:  (612) 349-6969
Facsimile:  (612) 349-6996

Richard Van Duzer (SBN 136205)
rvanduzer@fbm.com
Aviva J. Gilbert (SBN 300091)
agilbert@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff Matthew D. Scarlett

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Matthew Scarlett, individually and Derivatively on behalf of Alcohol By Volume, Inc.<br><br>          Plaintiff,<br><br>     vs.<br><br>Jonathan White, Cult of 8, Inc., and Gregory Ahn,<br><br>          Defendants. | Case No:  5:17-cv-01430-EJD<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER** |

Plaintiff Matthew Scarlett ("Scarlett") and Defendants Jonathan White ("White"), Cult of 8, Inc. ("CO8"), and Gregory Ahn ("Ahn"), through their undersigned counsel, hereby agree and stipulate as follows:

**RECITALS**

A. The parties to this Action have entered into a Settlement Agreement and Release, effective March 16, 2018 ("Settlement Agreement") that resolves, among other things, all claims

asserted in this Action and all claims asserted in the related case, *Gregory Ahn, et al. v. Matthew D. Scarlett, et al.*, Case No. 5:16-cv-05437-EJD.  A copy of the Settlement Agreement is being lodged with the Court.

      B.      The Complaint in this Action included claims by Scarlett asserted derivatively on behalf of Alcohol By Volume, Inc. ("ABV"), specifically Counts 10 through 17 of the Complaint.

      C.      The individual parties to this action – Scarlett, White, and Ahn – are the only persons who have been, or who have claimed to have been, shareholders of ABV.

      D.      All of the parties to this Action, specifically including, Scarlett, White, and Ahn, jointly request the Court's approval of the Settlement Agreement and the dismissal of the derivative claims pursuant to the Federal Rule of Civil Procedure 23.1(c).  Because Scarlett, White, and Ahn is each a party to the above-referenced Settlement Agreement and to the voluntary dismissal of this Action, notice has been given to all shareholders of ABV as required by Federal Rule of Civil Procedure 23.1(c).

## **STIPULATION**

Based upon the above Recitals, the parties, through their undersigned counsel, hereby stipulate and request that the Court enter an Order as follows:

      1.      The parties, through their undersigned counsel, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss this Action with prejudice, with each of the parties bearing his or its own costs, disbursements, and fees.

      2.      The parties stipulate and request that the Court approve the Settlement Agreement and the dismissal of the shareholder derivative claims, specifically Counts 10 through 17 of the Complaint, pursuant to Federal Rule of Civil Procedure 23.1(c).

Dated:  March 26, 2018                ANTHONY OSTLUND
                                            BAER & LOUWAGIE P.A.

                                            By:*/s/ Randy G. Gullickson*
                                                 Joseph W. Anthony (admitted *pro hac vice*)
                                                 Randy G. Gullickson (admitted *pro hac vice*)
                                          Attorneys for Plaintiff Matthew D. Scarlett

Dated: March 26, 2018           COZEN O'CONNOR

                                By:/s/ Erik L. Jackson
                                    Erik L. Jackson
                                    Attorney for Defendant Jonathan White.


Dated: March 26, 2018           PROCOPIO, CORY, HARGREAVES
                                    & SAVITCH LLP

                                By:/s/ Paul A. Tyrell
                                    Paul A. Tyrell
                                    Ryan C. Caplan
                                    Alex G. Brizolis
                                    Attorneys for Defendant Cult of 8


Dated: March 26, 2018           COOLEY LLP

                                By:/s/ M. Ray Hartman III
                                    M. Ray Hartman III
                                    Dennis C. Crovella
                                    Attorneys for Defendant Gregory Ahn

### **ORDER**

Based upon the above Stipulation of the parties, it is here herby ordered that:

1. The Settlement Agreement, a copy of which has been lodged with the Court, is hereby approved.

2. This Action, specifically including but not limited to all shareholder derivative claims asserted in the Complaint, is hereby dismissed with prejudice.

3. The parties shall bear their own costs, disbursements, and fees.
4. The Clerk shall close this file.

Dated: __March 27__, 2018

_____
EDWARD J. DAVILA
United States District Judge